## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| Hard Rock Café International (USA), Inc., a Delaware corporation, | CIVIL ACTION No. 17-CV-62013 |
| and | |
| Tarsadia Hotels, a California corporation, | |
| Plaintiffs, | |
| v. | |
| RockStar Hotels, Inc. a Florida corporation, | JURY TRIAL DEMANDED |
| Defendant. | |

### [PROPOSED] ORDER GRANTING AMENDED MOTION FOR SUBSTITUTE SERVICE UPON FLORIDA SECRETARY OF STATE

THIS CAUSE comes before the Court on the Plaintiff's Amended Motion for Substitute Service Upon Florida Secretary of State. Having reviewed the record and being fully informed, it is **ORDERED AND ADJUDGED** that

(1) Plaintiffs may serve the complaint by substituted service upon the Florida Secretary of State;

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this ___ of _____, 2017.

_____

BETH BLOOM
UNITED STATES DISTRICT JUDGE

4846-3203-3617\1