| Attorney or Party without Attorney:<br>DORSEY & WHITNEY LLP<br>JEREMY T. ELMAN (SBN 37448)<br>305 LYTTON AVENUE<br>PALO ALTO, CA 94301<br>Telephone No: (650) 857-1717<br>Attorney For: Plaintiff | | Ref. No. or File No.: | For Court Use Only |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA | | | |
| Plaintiff: HARD ROCK CAFE INTERNATIONAL (USA), INC., et al.<br>Defendant: ROCKSTAR HOTELS, INC., et al. | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>17-CV-62013-BLOOM/VALLE |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; AFFIDAVIT OF DUE DILIGENCE X2; ORDER; LETTER DATED NOVEMBER 3, 2017

3. a. Party served:    ROCKSTAR HOTELS, INC.
   b. Person served:   YVETTE SCOTT, SECRETARY OF STATE, REGISTERED AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:   2661 EXECUTIVE CENTER CIRCLE, TALLAHASSEE, FL 32301

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Nov 03 2017 (2) at: 03:45 PM

6. **Person Who Served Papers:**
   a. ROBERT MCGUIRE ()
   b. **FIRST LEGAL**
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. *The Fee for Service was:*

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

| 11/07/2017 | *Robert McSu* (signed) |
|---|---|
| (Date) | (Signature) |



PROOF OF SERVICE

1788580
(9054805)