# EXHIBIT 1

## (PART 1 OF 3)

**TO DEFENDANT'S MOTION FOR LEAVE TO ADMIT
NEW EVIDENCE IN OPPOSITION (DKT. 37) TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DKT. 29)**

**EXPERT REPORT OF SARAH BUTLER**

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION

Hard Rock Café International (USA), Inc.,
a Delaware corporation,

and

Tarsadia Hotels, a California corporation,
Plaintiffs,

v.

RockStar Hotels, Inc. a Florida corporation,
Defendant.

Case No. 17-cv-62013-BLOOM/Valle

# EXPERT REPORT OF SARAH BUTLER

# EXPERT REPORT OF SARAH BUTLER

In connection with

Hard Rock Café International (USA), Inc. v. RockStar Hotels, Inc.

## Table of Contents

I.    QUALIFICATIONS .................................................................................................3

II.   DOCUMENTS REVIEWED .....................................................................................4

III.  ASSIGNMENT AND SUMMARY OF OPINIONS .................................................4

IV.   BACKGROUND ......................................................................................................6

V.    SURVEY METHODOLOGY ...................................................................................8
      A. Definition of the Relevant Population ...............................................................8
      B. Sampling of the Relevant Population .................................................................9
      C. Quality Control Measures for the Survey ..........................................................9
      D. Questionnaire ...................................................................................................10
      E. Stimuli Shown ..................................................................................................12

VI.   RESULTS ..............................................................................................................16

VII.  CONCLUSIONS....................................................................................................20

# I.    QUALIFICATIONS

1.      I am a Managing Director at NERA Economic Consulting ("NERA"), at 4 Embarcadero Center, San Francisco, CA 94111.   NERA provides expert statistical, survey, economic, and financial research analysis.   I participate in the Survey and Sampling, Intellectual Property, Product Liability, Antitrust, and Labor Practices.

2.      Among my responsibilities, I conduct survey research, market analysis, and sampling analysis on a wide range of topics regarding business and consumer decision making, consumer choice, and consumer behavior.  In the course of my career, I have conducted research for leading corporations and government agencies on consumers, employees, and businesses.  My work has been included in numerous lawsuits involving issues of trademark and trade dress confusion, secondary meaning, and false advertising, as well as in antitrust and employment-related litigation.  I am a member of the American Association of Public Opinion Research, the American Statistical Society, the Intellectual Property Section of the American Bar Association, and the International Trademark Association (INTA).

3.      I have also worked as a market researcher conducting focus groups, in-depth interviews, and surveys of consumers and professionals.  I worked as an independent consultant conducting research for the Department of Environment and Rural Affairs in the United Kingdom.  I have taught courses focused on or involving research methodologies in both the United States and Europe.  I hold a Master's Degree from Trinity College, Dublin and another Master's Degree from Temple University.

4.      I have substantial experience conducting and using surveys and focus groups to measure consumer opinions and behaviors regarding products and services including; purchase processes, product attributes, branding and positioning, market segmentation, new product

3

research, and communications strategies.  During my career in academic and commercial

research, I have personally facilitated focus groups and conducted in-depth interviews.

5.        I have submitted expert reports, been deposed, and have testified at trial within

the last five years.  A list of my testimony is included on the copy of my current resume, which is

attached as Exhibit A.

6.        NERA is being compensated for my services in this matter at my standard rate of

$650 per hour.  Members of the staff at NERA have worked at my direction to assist me in this

engagement.  No part of my compensation or NERA's compensation depends on the outcome of

this litigation.  Throughout this report, I have used the terms "I" and "my" to refer to work

performed by me and/or others under my direction.

## II.    DOCUMENTS REVIEWED

7.        As part of my work, I reviewed the Complaint filed by Plaintiffs, Hard Rock Café,

Inc. and Tarsadia Hotels.[1]  A list of the specific materials I reviewed can be found in Exhibit B.

## III.   ASSIGNMENT AND SUMMARY OF OPINIONS

8.        I was retained by counsel for RockStar Hotel, Inc. (hereafter, "RockStar") to

evaluate the extent to which Defendant's name, "RockStar Hotels," and the design of its website

(www.rockstar-hotels.com) cause consumers to be confused and/or believe that the services

offered by RockStar are sourced by, affiliated with, or licensed by Hard Rock Hotels.

Specifically, I was asked to test whether the use of "Rock Star" and "Rock Star Suites"[2] on

Defendant's website causes consumers to believe that the services offered are associated with

---

[1] *Hard Rock Café International (USA), Inc., and Tarsadia Hotels, v. RockStar Hotels, Inc.* October 13, 2017. Complaint. United
    States District Court for the Southern Division of Florida, Fort Lauderdale Division (hereafter "*Complaint*").

[2] *Complaint*, ¶27-28. I have reviewed multiple pages within www.rockstar-hotels.com and have not seen the phrase "Rock Star
    Suites" used. Site last accessed, February 11, 2018.

Hard Rock Hotels or its brand. As discussed below, the survey also tests whether the "look and feel" of the website[3] and / or the description of the services offered[4] cause consumers to associate RockStar Hotels with Hard Rock Hotels.

9.      A total of 400 U.S. consumers who would be likely to use or consider RockStar's hotel booking service completed the survey. The survey included men and women over the age of 18 who used an online booking site to book a hotel room in the past six months or were likely to do so in the next six months and who would consider using a membership or subscription service for hotel bookings. The results of my study are as follows:

- There were a total of 200 respondents in the Test Group. These respondents were shown the RockStar website. Only three respondents, or 1.5 percent of the Test Group, indicated that they believed that RockStar was affiliated or associated with, or received permission or approval from Hard Rock.[5]

- Respondents in the Control Group saw the same exact webpage as seen by the Test Group respondents, but all instances of the phrase "RockStar" or "Rock Star" were replaced with the word "Celebrity." Of the 200 Control Group respondents, no respondents indicated that they believed that "Celebrity" was affiliated or connected with, or received permission or authorization from, Hard Rock.

- The overall net confusion rate is 1.5 percent.

10.      The results of my survey demonstrate that there is no likelihood that respondents would confuse RockStar Hotels with Hard Rock Hotel or its brand and there is no evidence that

---

[3] *Complaint,* ¶21.

[4] *Complaint,* ¶26.

[5] One of these respondents does not appear to actually be confused, but is simply describing similarities to other hotels' styles. When answering the question about whether any other brand or company provided RockStar permission, Respondent 32836984 stated, "Not derived from some other brand but Similar to Leading brands like Tropicana in Vegas, HardRock cafe." I have included this respondent in my count of confusion.

any consumer has any association with or is even aware of Rock Star Suites. Almost none of the respondents in the Test Group named Hard Rock as being associated or affiliated with, or as having provided permission or authorization to RockStar. In fact, only three respondents in total across four survey questions (source, other brands, affiliation/association, and permission/approval) said that the services offered by RockStar were associated in any way with Hard Rock. The very low rate of mentions of Hard Rock demonstrates that consumers are simply not likely to confuse the services offered by RockStar with the Hard Rock brand, its alleged trade dress or with Rock Star Suites.

11.    The remainder of this report discusses both my general understanding of the background in this matter and provides a detailed discussion of the results of my survey.

## IV.    BACKGROUND

12.    I understand that Plaintiff Hard Rock Café International (USA), Inc. is a Delaware corporation with its principal place of business located at 6100 Old Park Lane, Orlando, FL 32835.[6] Plaintiff Hard Rock Café operates and licenses a number of restaurants, hotels, and casinos[7] and owns a number of trademarks including; HARD ROCK, HARD ROCK CAFÉ, HARD ROCK HOTEL, HARD ROCK CASINO, and HARD ROCK LIVE.[8]

13.    I further understand that Plaintiff Tarsadia Hotels is a California corporation with its principal place of business located at 620 Newport Center Drive, Newport Beach, CA 92660. As alleged in the *Complaint,* Tarsadia owns a registered trademark for "Rock Star Suites" which is licensed to the owner of the Hard Rock Hotel San Diego.[9]

---

[6] *Complaint*, ¶1.

[7] *Complaint*, ¶8.

[8] *Complaint*, ¶9.

[9] *Complaint*, ¶2.

14.     I understand that Defendant RockStar Hotels, Inc. is a Florida corporation with its principal place of business located at 2121 N. Ocean Blvd., Suite 505e, Boca Raton, FL 33431.[10]

15.     According to Plaintiffs' *Complaint*, Hard Rock's hotels are designed to make consumers feel like "rock stars." As Plaintiffs assert, the Hard Rock marks are "instantly" and "universally" recognizable to the consuming public.[11]

16.     Plaintiffs further assert that its trade dress, used in restaurants, hotels, and on its properties' websites is distinctive and includes rock star memorabilia, a "rock star" experience, and uses of the colors purple and black.[12] Plaintiffs claim that its trade dress has "acquired secondary meaning, and indicates to the consuming public that there is a single and well-known source of the one-of-a-kind 'rock star' hotel experience associated with the Hard Rock Marks and Trade Dress."[13]

17.     On October 13, 2017, Plaintiffs filed a *Complaint* against RockStar alleging that RockStar's name, the "look and feel" of its website, and its description of its services "are likely to cause confusion, or to cause mistake, or to deceive regarding a sponsorship or association with the Hard Rock Marks,"[14] including the Rock Star Suites mark.[15]

18.     To test Hard Rock's claims regarding the potential for consumer confusion and misrepresentation, I designed and implemented the survey described in detail below.

---

[10] *Complaint*, ¶3.

[11] *Complaint*, ¶8, 9.

[12] *Complaint*, ¶12.

[13] *Complaint*, ¶57.

[14] *Complaint*, ¶29.

[15] I understand that Plaintiff Tarsadia licenses the trademark "Rock Star Suites" to the owner of the Hard Rock Hotel in San Diego. *Complaint*, ¶2.

## V.    SURVEY METHODOLOGY

19.    The design of my research follows the generally accepted principles for the design of surveys to be used as evidence in litigation.[16]  In general, the design of a reliable study requires careful attention to the following key areas:

- The definition of the relevant population;

- The procedures for sampling from the relevant population;

- The survey questions used;

- The nature of the specific stimuli shown to respondents; and

- The protocol for calculating the results from the survey.

20.    The discussion of the survey I conducted is organized around each of these key areas.

### A.    Definition of the Relevant Population

21.    The relevant population for this matter is men and women, 18 years old or older, who have booked or made a hotel reservation online in the past six months or are likely to make a hotel reservation online in the next six months. Qualified respondents also had to have booked a hotel or be likely to book a hotel in at least one of the cities serviced by RockStar and they had to be willing to consider a membership or subscription service for hotel bookings and services. Since RockStar's individual annual membership fee is $100 and many of the hotels it advertises are outside the United States, I also ensured that at least twenty five percent of my sample had a household income of $75,000 or more.

---

[16] Diamond, Shari, S. (2011) "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence,* Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council (hereafter "*Diamond*").

## B.  Sampling of the Relevant Population

22.  Potential survey respondents were contacted using an internet panel hosted by Critical Mix.[17] Critical Mix complies with the standards for online survey data panels set forth by ESOMAR (The World Association for Marketing and Opinion Research).[18] Critical Mix also holds industry memberships with AAPOR (The American Association of Public Opinion Research), The American Marketing Association, CASRO (Council of American Survey Research Organizations), ESOMAR, and The Marketing Research Association.

23.  Critical Mix uses a variety of quality control measures to ensure the reliability and integrity of the responses it provides. For example, Critical Mix uses digital fingerprinting that creates a "fingerprint" for each respondent based on computer characteristics (like IP addresses), which can then be used to identify respondents and to exclude individuals who attempt to take the same survey more than once. Critical Mix's standard quality control measures were undertaken in this study.

## C.  Quality Control Measures for the Survey

24.  To ensure that my data are of the highest quality, I implemented quality control measures in addition to those undertaken by Critical Mix:

  a.  As is standard survey practice for litigation, the survey was conducted in a "double-blind" fashion; that is, neither the staff at Critical Mix nor the respondents was aware of the survey's sponsor or the ultimate intention of the survey.[19]

---

[17] For additional information about Critical Mix, see https://criticalmix.com/about/, accessed February 7, 2018.

[18] ESOMAR (2012), "*28 Questions to Help Research Buyers of Online Samples,*" accessed February 7, 2018, http://www.esomar.org/uploads/public/knowledge-and-standards/documents/ESOMAR-28-Questions-to-Help-Buyers-of-Online-Samples-September-2012.pdf. For a description of Critical Mix's methodologies and how it adheres to ESOMAR standards, see http://www.criticalmix.com/assets/docs/Critical_Mix_ESOMAR28_January_15.pdf, accessed February 7, 2018.

[19] *Diamond*, pp. 410-411.

b.   Respondents had to correctly answer a Google ReCaptcha question to ensure that a person, and not a computer or "bot," was taking the survey.[20]

c.   Respondents were required to enter their gender and age at the outset of the survey, and if these data conflicted with the respondent information on file with Critical Mix, the respondent was excluded.

d.   Respondents who indicated that they did not understand or were unwilling to adhere to the survey instructions were also screened out of the survey.

**D.    Questionnaire**

25.    To ensure that panel respondents were part of the relevant population as defined for this case, a series of screening questions was asked.[21] Potential respondents were first asked an industry screener.  Respondents were screened out if they indicated that they or a member of their household worked for a travel agency or booking company, a hotel, or for a market research or an advertising company.

26.    Potential respondents were next asked whether they had taken a survey on any of the following topics in the past three months; hotels, restaurants, movies, live theater, or live music. Any respondent who indicated that she had completed a survey on hotels was screened out.

27.    Qualified respondents were then asked to identify, from a list, whether they had used an online booking site in the past six months to reserve or purchase any of the following; hotel rooms, air travel, train travel, car rental, concert tickets, or tickets to a sporting event. Respondents who indicated that they had reserved a hotel room were asked to indicate the area

---

[20] Google ReCaptcha uses advanced software to tell humans and bots apart. For a description of the technology, see https://developers.google.com/recaptcha/, accessed February 7, 2018.

[21] The questionnaire can be found in Exhibit C.

(North America, UK/Ireland, Europe, Asia, Australia/New Zealand, or Africa) where they booked a room and then select the city of the booked hotel room.[22]

28.     Respondents were then asked the same series of questions about booking or reserving in the next six months. Qualified respondents had to have either booked a hotel in at least one of the cities serviced by RockStar or had to be likely to book a hotel room in such a city in the next six months.

29.     Next, respondents were asked to select from a list which membership or subscription services they would be willing to consider. The list included a membership to hotel bookings and services, and to qualify, respondents had to select this item.

30.     After the series of screening and introductory questions, qualified respondents were taken to the main portion of the questionnaire. In each survey, respondents were randomly assigned to either the Test or Control Group. Prior to viewing the images, respondents were provided with the following introduction:

> Imagine you were looking at hotels online. Please take as much time as you would like to review the following website, and then click the ">" button at the bottom of the screen when you are ready to move on to the survey questions.

31.     After viewing the images and confirming that they were able to see the webpage clearly, respondents were then asked the following open-ended question:

> Q. Looking at this website, what company or brand do you think is providing the services offered on this site?

32.     After this question, respondents were asked whether the company that provides the services on the website provides any other services or has any other brands. Respondents

---

[22] Respondents were provided with a list of possible cities in the areas which are common destinations; some of the cities listed are those where RockStar offers its services and others were not.

who indicated that the company had other services/brands were asked to identify what other services or brands and were asked to describe why they thought this was the case.

33.     Next, respondents were asked if they thought the company that provides the services offered on the website was affiliated or associated with any other company or brand. Respondents who indicated that the company that provides the services was affiliated or associated with some other company or brand were then asked to indicate what other company or brand and explain why.

34.     Respondents were then asked a final filter question to evaluate whether they thought the company that provided the services offered on the website had received permission or approval from some other company or brand. Respondents who indicated that some other company or brand provided permission or approval were asked to name the company or brand and then were asked to explain their answer.

35.     After this final question, the survey was completed and the respondents were thanked for their time.

### E.     Stimuli Shown

36.     To determine whether or not RockStar's advertising and promotion of its services was likely to cause consumer confusion or to cause consumers to be misled, I tested its website. Specifically, I showed a version of the RockStar Hotels homepage which prominently features the phrase "ROCKSTAR STATUS" and has an image of a music DJ.[23] Of the images which rotate through the homepage of the RockStar website, this image uses the word "RockStar" prominently and also includes music imagery. A version of the test stimulus is show below in Figure 1.

---

[23] The featured phrase and image on the homepage varies in a "slideshow" format. Additional versions of the homepage are shown in Exhibit D.

**Figure 1: RockStar Homepage**



37.     A survey designed to measure whether the use of a particular name or mark may cause consumers to be misled, mistaken, deceived and/or confused may also inadvertently include perceptions that are unrelated to the stimuli being tested. A survey designed to test a causal proposition (i.e., does the use of the name RockStar cause consumers to be misled and believe the services offered by RockStar are services from Hard Rock, or that they are affiliated with or sponsored by Hard Rock) may also include responses which are artifacts of the survey design. Responses that are unrelated to what is being tested threaten the validity of the estimates and should be eliminated from the final calculation. To measure the extent to which such responses may be affecting my estimate, I have also measured the perceptions of separate groups of individuals using a control stimulus.[24]

38.     In general, a control stimulus should share as many characteristics as possible with the test stimulus, except for the characteristic whose influence is being measured or evaluated.[25] In this survey, all references to RockStar were removed and were replaced with the word "Celebrity." An example of the control website is shown below in Figure 2 and full-size versions of both of the images as shown in each group can be found in Exhibit E.

---

[24] *Diamond,* pp. 397-401. More specifically, Diamond writes that ¨[c]ontrol groups and, as a second choice, control questions are the most reliable means for assessing response levels against the baseline level of error associated with a particular question" (*Diamond*, p. 401).

[25] *Diamond*, p. 399.

**Figure 2: Control Website**



## VI.   RESULTS

39.     A total of 400 respondents completed the survey.  Survey respondents included men and women across a mix of age ranges as shown in Table 1 below.  Respondents also represented the four U.S. Census regions as shown in Table 2 below.[26]

### Table 1: Age and Gender of Respondents

| Age Group | Male | | Female | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| 18-34 | 62 | 31.3% | 67 | 33.2% |
| 35-54 | 68 | 34.3% | 68 | 33.7% |
| 55+ | 68 | 34.3% | 67 | 33.2% |
| **Total Respondents** | **198** | **100.0%** | **202** | **100.0%** |

Source: NERA Hotel Survey, 2018

### Table 2: Geographic Distribution of Respondents

| Options | Total | |
|---|---|---|
| | Count | Percent |
| Northeast | 86 | 21.5% |
| Midwest | 80 | 20.0% |
| South | 149 | 37.3% |
| West | 85 | 21.3% |
| **Total Respondents** | **400** | **100.0%** |

Source: NERA Hotel Survey, 2018

40.     After viewing the website image, respondents were asked to indicate what company or brand provided the services offered. In response to this question, the vast majority of respondents shown the RockStar website indicated that the company was "Rock Star." A few respondents named other companies or brands such as, Hilton (three respondents), hotels.com (three respondents) or Trip Advisor (two respondents). Only one respondent who viewed the RockStar website named Hard Rock. Respondents shown the control website unsurprisingly

---

[26] Data can be found in Exhibit F.

primarily named "Celebrity" as the company or brand. A few respondents named Expedia (five respondents) or Travelocity (three respondents). The total results are shown below in Table 3.

### Table 3: Company or Brand for Website

| Options | Test | | Control | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Rockstar | 154 | 77.0% | 0 | 0.0% |
| Celebrity | 0 | 0.0% | 141 | 70.5% |
| Hard Rock | 1 | 0.5% | 0 | 0.0% |
| Other | 45 | 22.5% | 59 | 29.5% |
| **Total Respondents** | **200** | **100.0%** | **200** | **100.0%** |

*Q1. Looking at the website, what company or brand do you think is providing the services offered on this site?*

Source: NERA Hotel Survey, 2018

41.     All respondents were next asked to indicate whether the company that has the website provides any other services or has any other brands.  Respondents who believed that RockStar (or the control company) had other services or brands named other hotel services, travel packages and services, restaurants, and car rentals. None of the respondents mentioned Hard Rock Café or Hard Rock Hotels.

42.     Respondents were then asked whether the company offering the services on the website was affiliated or associated with any other company or brand. Approximately three quarters of respondents did not know or did not believe the website's company was affiliated or associated with any other brand. Test Group respondents that did believe there was an association named companies like American Express, Booking.com, Hotels.com, Travelocity, and Trip Advisor amongst others. None of the respondents in either the Test or Control Group indicated that there was an affiliation or association with Hard Rock hotels. These results are shown below in Table 4.

**Table 4: Affiliation or Association with Other Company/Brand**

| Options | Test | | Control | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Rockstar | 6 | 3.0% | 0 | 0.0% |
| Celebrity | 0 | 0.0% | 13 | 6.5% |
| No affiliation[1] | 64 | 32.0% | 49 | 24.5% |
| Other | 43 | 21.5% | 49 | 24.5% |
| Don't know / unsure[2] | 87 | 43.5% | 89 | 44.5% |
| **Total Respondents** | **200** | **100.0%** | **200** | **100.0%** |

*Q5. What other company or brand is affiliated or associated with the company offering the services on this website?*
Note: 1. No affiliation: Q4 = 2 ONLY.
        2. Don't know / unsure: Q4 = 3 ONLY.

Source: NERA Hotel Survey, 2018

43.     All respondents were next asked whether the company offering the services on the website received permission from some other company or brand. Approximately two thirds of respondents did not believe that the company offering the services on the RockStar (or Control) website received permission from another company/brand, or indicated that they did not know. Only two test cell respondents mentioned Hard Rock and one of these respondents, Respondent 32836984 does not actually appear confused, but instead appears to simply be describing a general hotel style: this respondent stated, "Not derived from some other brand but Similar to Leading brands like Tropicana in Vegas, HardRock cafe." I have counted this respondent as "confused," and these results are shown below in Table 5.

**Table 5: Permission from Other Company/Brand**

| Options | Test | | Control | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Rockstar | 8 | 4.0% | 0 | 0.0% |
| Celebrity | 0 | 0.0% | 5 | 2.5% |
| Hard Rock | 2 | 1.0% | 0 | 0.0% |
| No permission[1] | 44 | 22.0% | 44 | 22.0% |
| Other | 56 | 28.0% | 50 | 25.0% |
| Don't know / unsure[2] | 90 | 45.0% | 101 | 50.5% |
| **Total Respondents** | **200** | **100.0%** | **200** | **100.0%** |

*Q8. What other company or brand provided permission or approval to the company offering the services on this website?*
Note: 1. No permission: Q7 = 2 ONLY.
          2. Don't know / unsure = Q7 = 3 ONLY.

Source: NERA Hotel Survey, 2018

44.    To estimate the total confusion, I tabulated all mentions of Hard Rock across all of the questions, counting only unique respondents. In other words, if a respondent mentioned Hard Rock in response to more than one question, he/she is only counted confused once. In total, only three Test Group respondents, or 1.5 percent, mentioned Hard Rock and no respondents in the Control Group mentioned Hard Rock, thus the net confusion rate is 1.5 percent. These results are shown below in Table 6.

**Table 6: Total Confusion Estimate**

| Options | Test | | Control | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Mentioned Rockstar | 154 | 77.0% | 0 | 0.0% |
| Mentioned Celebrity | 0 | 0.0% | 142 | 71.0% |
| Mentioned Hard Rock | 3 | 1.5% | 0 | 0.0% |
| **Total** | **200** | | **200** | |

Source: NERA Hotel Survey, 2018

45.    While the survey was not specifically designed with a separate control condition for the claimed trade dress elements, none was actually needed because the rate at which respondents indicated they made *any* association between the RockStar website and Hard Rock hotels is *de minimus*. In other words, it is not necessary to control for potential guessing when evaluating confusion resulting from the alleged design elements at issue because there simply is no confusion. Even when shown the RockStar website with a DJ and the phrase "ROCKSTAR STATUS" in large letters in the center of the page, consumers did not associate RockStar Hotels or the services it was offering with Hard Rock.

## VII.   CONCLUSIONS

46.     I conducted a survey of consumers who would be likely to use RockStar's hotel booking services to determine whether the RockStar name would cause confusion and would cause relevant consumers to believe that the services offered by RockStar are associated with, or received permission from, Hard Rock. The survey shows that there is no confusion, and the results demonstrate that such confusion would be highly unlikely in the real world.

47.    The survey results also demonstrate that confusion between the design of the RockStar website and Hard Rock's claimed trade dress is highly unlikely. Even when shown the RockStar webpage with a DJ (perhaps suggesting a tie to music) and "ROCK STAR STATUS" prominently displayed, only three of the 200 respondents mentioned Hard Rock. Such a low gross rate of association demonstrates that it is highly unlikely that the design elements used on the RockStar website would be confused with Hard Rock's claimed trade dress.

48.    Finally, since RockStar Hotels does not appear to use the phrase "Rock Star Suites" on its site, and the survey demonstrates that there is no association between the website

and Hard Rock, it is also highly unlikely that consumers would confuse the services offered by RockStar and the hotel rooms offered by the Hard Rock Hotel in San Diego.

49.     My opinions and conclusions as expressed in this report are to a reasonable degree of professional and scientific certainty. My conclusions have been reached through the proper application of survey methods and using standard methodologies relied upon by experts in the field of survey and market and consumer research. My work is ongoing and my opinions will continue to be informed by any additional material that becomes available to me. I reserve the right to update and or supplement my opinions if Plaintiff's experts provide additional information. I declare under penalty of perjury that the foregoing is true and correct.

Sarah Butler, Managing Director

February 12, 2018

Exhibit A

## NERA
Economic Consulting

**Sarah Butler**
Managing Director

National Economic Research Associates, Inc
4 Embarcadero, Suite 400
San Francisco, CA 94111
+ 1 415 291 1000 Fax + 1 415 291 1010
Direct dial: + 1 415 291 1022
sarah.butler@nera.com
www.nera.com

# SARAH BUTLER, M.A.
## MANAGING DIRECTOR

Ms. Butler is an expert in survey research, market research, sampling, and statistical analysis. She has applied her expertise in a wide range of litigation and strategic business cases. Her litigation and project experience includes survey research, market research, the design of samples, and the statistical and demographic analysis of large data files in a number of areas including:

Intellectual Property
- Trademark and Trade Dress Infringement:  Design, analysis, and critique of surveys used to measure consumer confusion, secondary meaning, and dilution in trademark and trade design infringement cases.

- False and Misleading Advertising: Design, analysis and critique of surveys used to measure consumer perceptions and the materiality of advertising claims.

- Patent Infringement:  Sample designs and surveys to the value of patented feature of a larger product and to establish rates at which infringing material exist in populations of products.

- Copyright infringement:  Sampling plans and analysis of the rates of infringing material in populations of shared information (such as through websites or other sharing medium).

Mass Torts/Class Actions
- Conduct surveys and design samples providing evidence on issues of commonality and consumers' awareness of key documents or facts and reliance on representations.

- Analyze large databases of claims files to generate invoices, estimate future liabilities and calculate policy shares for insurer liabilities in asbestos, tobacco and pharmaceuticals.

- Design, analyze and critique surveys and sampling plans used to evaluate employment and promotion records. Review and design surveys for purposes of estimating key facts in labor class actions including time to complete activities, exempt/nonexempt activities, and meal and rest break issues.

Sarah Butler

Antitrust

- Design, analysis and critique of surveys and other market research used as evidence of consumer purchasing and switching behavior in the areas of CPG, entertainment, automobiles, public transportation, sports and consumer electronics.

- Design, analysis and critique of surveys used to demonstrate consumer price sensitivities and willingness to pay.

Prior to joining NERA, Ms. Butler worked in market research, conducting survey research, focus groups and in-depth interviews.

## Education

**Temple University**
Applied Sociology, coursework, exams and dissertation proposal complete (2005).

**Temple University**
M.A. Sociology, (2000).

**Trinity College, Dublin Ireland**
M.Phil. (1997).

**Wellesley College**
B.A. Sociology and History (with honors). (1995).

## Professional Experience

July 2006 - Present        **Senior Consultant – Managing Director**
                           NERA Economic Consulting
                           San Francisco, California, USA

Oct 2005 – May 2006        **Special Consultant**
                           NERA Economic Consulting
                           London, England

Jan 2003 – Oct 2005        **Senior Analyst - Consultant**
                           NERA Economic Consulting
                           Philadelphia, Pennsylvania, USA

Sarah Butler

| | |
|---|---|
| 2002 - 2003 | **Consultant**<br>Integrated Marketing Associates<br>Bryn Mawr, PA, USA |
| Oct 1998 - Jan 2002 | **Research Associate – Analyst**<br>NERA Economic Consulting<br>Philadelphia, Pennsylvania, USA |
| Sept 1998 – May 2003 | **Adjunct Professor**<br>Temple University<br>Philadelphia, Pennsylvania, USA |
| Jan 1997 – Feb 1998 | **Manager of Member Research**<br>Society for Neuroscience<br>Washington DC, USA |

## Expert Analysis and Testimony

Ghostbed, Inc. and Werner Media Partners, LLC d/b/a Nature's Sleep, LLC v. Casper Sleep, Inc., Red Antler, LLC and ICS, Inc.* United States District Court for the Southern District of Florida. Survey of awareness of mattress companies and advertising slogans. [Expert Report, January 2, 2018. Deposition January 23, 2018.]

Shelia Dashnaw, et. al. v. New Balance Athletics, Inc.* United States District Court Southern District of California. Review of expert report and contingent valuation/conjoint survey to evaluate consumer perceptions in false advertising claim. [Expert Report: November 8, 2017. Deposition: November 28, 2017.]

State of Arizona v. Volkswagen AG, et. al.* Superior Court of the State of Arizona – Maricopa County. Declaration and research on purchasing behavior for luxury, specifically Porsche buyers. Survey of advertising materials and material impact on purchasing decisions. [Expert Report: November 10, 2017. Expert Report: December 14, 2017]

Tri-Union Seafoods, LLC v. Otis McAllister, Inc.* United States Patent and Trademark Office before the Trademark Trial and Appeal Board. Survey and expert report on market parameters and customer perceptions. [Expert Report: September 27, 2017.]

Martin Schneider, et. al. v. Chipotle Mexican Grill, Inc.* United States District Court Northern District of California. Review of expert report and contingent valuation/conjoint survey to evaluate consumer perceptions in false advertising claim. [Expert Report: September 15, 2017. Deposition: November 22, 2017.]

ADT LLC, and ADT US Holdings, Inc., v. Vivint, Inc.* United States District Court Southern District of Florida Palm Beach Division. Expert report on sampling and data analysis. [Expert Report: July 24, 2017. Deposition: August 18, 2017.]

Sarah Butler

Michael Kors, L.L.C.* v. Chunma USA, Inc. United States District Court Central District of California. Expert report on likelihood of confusion. [Expert Report: August 4, 2017. Deposition: October 31, 2017.]

Weems Industries, Inc. v. Plews, Inc.* United States District Court for Northern District of Iowa, Cedar Rapids Division. Expert report on likelihood of confusion. [Expert Report: May 1, 2017. Deposition: August 1, 2017.]

Trevor Singleton et. al. v. Fifth Generation, Inc. d/b/a Tito's Handmade Vodka.* United States District Court for the Northern District of New York. Survey and expert report on false advertising issues. [Expert Report: April 21, 2017. Deposition: July 10, 2017.]

Mars Incorporated and Mars, Petcare US, Inc. v. The J. M. Smucker Company and Big Heart Pet, Inc.* United States District Court for the Eastern District of Virginia. Survey and expert report on likelihood of confusion. [Expert Report: April 6, 2017. Deposition: June 30, 2017.]

Professional Liability Insurance Services, Inc. v. U.S. Risk, Inc. and Crystal Jacobs.* United States District Court for Western District of Texas, Austin Division. Expert report on likelihood of confusion. [Expert Report: April 4, 2017. Deposition: June 22, 2017.]

Luxe Hospitality Company, Inc.* v. SBE Entertainment Group. United States District Court Central District of California. Survey and expert report on genericness. [Expert Report: March 6, 2017. Deposition: March 30, 2017.]

Desiccare, Inc. v. Boveda, Inc.* and Charles Rutherford. United States District Court for the Central District of California. Survey and expert report on false advertising issues. [Expert Report: December 5, 2016. Deposition: January 25, 2017.]

Scat Enterprises, Inc. v. FCA US LLC.* United States District Court for the Central District for California Western Division. Survey and expert report on likelihood of confusion. [Expert Report: November 21, 2016.]

YETI Coolers, LLC v. RTIC Coolers, LLC.* United States District Court Western District of Texas, Austin Division. Survey and expert report on secondary meaning. Rebuttal of reports on fame, secondary meaning and likelihood of confusion. [Expert Report: November 18, 2016. Deposition: January 13, 2017.]

Lifeway Foods Inc. v. Millennium Products, Inc. d/b/a GT'S Kombucha/ Synergy Drinks/ CocoKeifer LLC.* United States District Court Central District of California. Rebuttal report to Plaintiff's counsel's survey. [Expert Report: October 17, 2016.]

adidas America, Inc. et. al. v. Skechers USA, Inc.* District of Oregon. Portland Division. Surveys and expert reports to evaluate secondary meaning, likelihood of confusion, and brand recognition. [Expert Report: October 14, 2016. Deposition: January 10, 2016. Expert Report:

Sarah Butler

November 6, 2015. Deposition: November 24, 2015. Preliminary Injunction testimony: December 15, 2015.]

In the Matter of Certain Potassium Chloride Powder Products. United States International Trade Commission, Washington DC. Survey to evaluate false advertising claims associated with pharmaceuticals. [Expert Report: October 13, 2016.]

 AMID, Inc.* v. Medic Alert Foundation United States, Inc. d/b/a Medic Alert Foundation and Justin Noland. Southern District of Texas. Houston Division. Expert report in trade dress infringement matter. [Expert Report: September 22, 2016. Preliminary Injunction Hearing Testimony: October 11, 2016.]

Surgiquest, Inc. v. Lexion Medical LLC*. District Court of Delaware. Expert report evaluating evidence in false advertising matter. [Expert Report: August 19, 2016. Deposition: October 7, 2016. Trial testimony: April 10, 2017.]

GIT-R-DONE Productions Inc.* v. GITERDONE C Store LLC. Southern District of Mississippi. Southern Division. Survey and expert report evaluating recognition and association of phrase with celebrity. [Expert Report: July 29, 2016.]

State of Oregon* v. Living Essentials LLC and Innovation Ventures LLC. Circuit Court of the State of Oregon. Survey and analysis used as evidence in false advertising matter. [Trial testimony: July 6, 2016. Rebuttal testimony: July 19, 2016.]

Intersections Inc. v. Costco Wholesale Corporation.* American Arbitration Association – International Institute for Conflict Resolution and Prevention. Review of survey submitted in false advertising matter. [Expert Report: June 24, 2016. Deposition: July 1, 2016.]

Teferi Abebe Bikila. et. al. v. Vibram USA, Inc. et. al.* District of Washington at Tacoma. Survey and expert report to evaluate awareness and potential confusion related to athlete endorsement. [Expert Report: June 21, 2016. Rebuttal Report: August 23, 2016.]

Noah Silver-Sky, Fabian Lozano, and Jorge Rodriguez; and ROES 1-400 v. SRAC Holdings I, INC., Strategic Restaurants Acquisition Company, LLC, Strategic Restaurants Acquisition Company II, LLC, Strategic Restaurants Acquisition Corp.* American Arbitration Association – Commercial Arbitration Tribunal. Statistical sample, analysis, and expert report on the impact and commonality of edits to workers time. [Expert Report: May 23, 2016. Deposition: August 30, 2016.]

Homeland Housewares, LLC and Nutribullet, LLC v. SharkNinja Operating LLC.* Central District of California, Western Division. Survey and expert report to evaluate misleading advertising claims. [Expert Report: February 19, 2016. Deposition: April 18, 2016.]

QuickChek Corporation* v. Gold Associates, Inc. District of New Jersey. Survey and Report on likelihood of confusion. [Preliminary Report: January 5, 2016.]

Sarah Butler

TOD'S S.p.A.* v. Mycoskie, LLC Respondent. United States Patent and Trademark Office - TTAB Survey and Expert report on likelihood of confusion. [Expert Report: December 15, 2015.]

Razor USA LLC* vs. Vizio, INC. Central District of California. Survey and expert report to evaluate likelihood of confusion. [Expert Report: August 13, 2015. Deposition: September 14, 2015.]

In Connection with Sprint Communications Company L.P. and Sprint Spectrum L.P.* v. Comcast Cable Communication LLC et al. Eastern District of Pennsylvania. Conjoint survey and expert report to evaluate consumer preferences for particular features of cable packages. [Expert Report: June 17, 2015. Reply Report: July 29, 2015. Deposition: April 14, 2015.]

Select Comfort Corporation; and Select Comfort SC Corporation* v. John Baxter; Dires LLC; Scott Stenzel; and Craig Miller and Digi Craft Agency and Direct Commerce.  Survey and expert report for evidence of secondary meaning. [Expert Report: May 20, 2015. Deposition: June 16, 2015. Trial testimony: October 9, 2017.]

In the Matter of Certain Footwear Products. United States International Trade Commission, Washington DC. Survey to evaluate secondary meaning associated with footwear. [Expert Report: April 17, 2015. Rebuttal Report: May 13, 2015. Deposition: May 19, 2015. Testimony before the International Trade Commission: August 6, 2015.]

Circle Click Media LLC, Metro Talent LLC, and CTNY Insurance Group v. Regus Management Group, LLC, Regus Business Centre LLC, Regus PLC and HQ Global Workplaces LLC.* Northern District of California. Survey of business consumers used to address class certification and false advertising claims. [Expert Report: April 1, 2015. Deposition: May 6, 2015.]

In re Determination of Royalty Rates and Terms for Ephemeral Recording and Digital Performance of Sound Recordings. Before the United States Copyright Board. Survey and Expert Report on consumer substitution of various music listening options. [Expert Report: February 24, 2015. Deposition: March 27, 2015. Hearing Testimony: May 29, 2015.]

Larry Butler, Joseph Leonard, Kevin Barnes, Victor Matos, Alfred Blair, and Martin Champion, Individually And On Behalf of All Others Similarly Situated* v. Sears, Roebuck and CO. Northern District of Illinois – Eastern Division. Surveys, statistical analysis and Expert Report on issues of experienced rates and consumer preference for machines with product defects. [Expert Report: February 2, 2015.]

Church & Dwight Co. Inc. v. SPD Swiss Precision Diagnostics GmbH.* Southern District of New York Report on surveys used in false advertising matter. [Expert Report: December 15, 2014. Deposition: January 16, 2015. Written Testimony: February 17, 2015. Trial testimony: April 29, 2015.]

Real Foods Pty, LTD.* v. Frito-Lay North America, Inc. United States Patent and Trademark Office - TTAB Survey and Expert report on issues of genericness. [Expert Report: September 26, 2014. Rebuttal Report: March 31, 2015.]

Ingrid and Isabel, LLC* v. Baby Be Mine, LLC  United States District Court Northern District of California. Product testing and statistical analysis of maternity bands and false advertising. [Expert Report: May 27, 2014.]

KIND, LLC* v. Clif Bar & Company. United States District Court Southern District of New York.  Research on actual confusion related to trade dress. [Expert Report: April 11, 2014. Preliminary Injunction Testimony: April 28, 2014.]

T-Mobile US, Inc. and Deutsche Telekom AG* v. Aio Wireless LLC. United States District Court Southern District of Texas, Houston Division Survey and expert report on issues of fame and dilution. [Expert Report: August 13, 2013. Deposition: October 4, 2013.]

Reynolds Consumer Products, Inc.* v. Handi-Foil Corporation. United States District Court, Eastern District of Virginia, Alexandria Division. Survey and expert report on issues of trade dress infringement. [Expert Report: July 12, 2013. Deposition: September 9, 2013. Trial Testimony: March 25th, 2014.]

Shurtape Technologies, LLC and Shurtech Brands, LLC* v. 3M Company. United States District Court, Western District of North Carolina, Statesville Division. Expert rebuttal report on issues of trademark confusion. [Expert Report: July 2, 2013. Deposition: July 30, 2013.]

Eastman Chemical Company v. Plastipure, Inc., and Certichem, Inc.* United States District Court, Western District of Texas, Austin Division. Survey and expert rebuttal report on issues of false advertising. [Expert Report: March 1, 2013. Deposition: March 15, 2013.]

Select Comfort Corporation,* v. The Sleep Better Store, LLC. United States District Court, District of Minnesota. Survey and expert report for evidence of secondary meaning. [Expert report: March 1, 2013.]

In re: Whirlpool Corp. Front-Loading Washer Products Liability Litigation. United States District Court, For the Northern District of Ohio, Eastern Division. Survey and statistical analysis used to evaluate the discount consumers would require if disclosures regarding front-loading washing machines were made prior to purchase. [Expert Report: November 2, 2012. Deposition: December 13, 2012. Rebuttal Report: April 26, 2013. Deposition: January 15, 2014. Trial Testimony: October, 2014.]


* Retaining party


## Publications and Presentations

"The value of non-personally identifiable information to consumers of online services: evidence from a discrete choice experiment," (2016) with Garrett Glasgow in *Applied Economics Letters*, DOI: 10.1080/13504851.2016.1197357.

Sarah Butler

"Using Survey Methods to Demonstrate the Value of Personal Information and Privacy" (May 2015) *Panel on Privacy, Security and IRBs – American Association for Public Opinion Research,* Annual Meeting, Hollywood Florida.

"Battle of the Experts—Deploying the Proper Scientific Methodology for Supporting or Challenging Claims" (March 13, 2015) invited panelist at the *Advanced Forum on Resolving & Litigating Advertising Disputes.*

"Effective Use of Surveys in Trademark Litigation," (August, 2014) *Knowledge Group Webinar.*

"The Use of Statistical Sampling Post-Duran," (August, 2014) *Law360.*

"The Value of Personal Information to Consumers of Online Services: Evidence from a Discrete Choice Experiment," (June 19, 2014). *National Economic Research, Inc.*

"An assessment of the nonmarket benefits of the Water Framework Directive for households in England and Wales," with Metcalfe, Baker, Andrews, Atkinson, Bateman, Carson, East, Gueron, Sheldon and Train in *Water Resources Research,* 48:W10516. (Paper awarded Editor's Choice Award for 2013).

ABA Webinar "The Use of Surveys in Advertising Substantiation" (June 23, 2011).

"Meeting the New Standards for Reasonable Royalties," (February, 2011) with Mario Lopez. *Law360.*

"Survey Evidence in False Advertising Cases," (Winter, 2010). *The Antritrust Trial Practice Newsletter.*

"The Use of Surveys in Litigation: Recent Trends," (April, 2010) with Kent Van Liere. National Economic Research Associates, Inc.

"Emerging Issues in the Use of Surveys in Trademark Infringement on the Web," with Kent Van Liere. Paper published in the *Advanced Trademark & Advertising Law Conference* proceedings, September 2007, Seattle, WA.

"An Analysis of the Hypothetical Situations in Willingness to Pay Studies." Paper presented at the July 2006 Thematic Seminar "Quality Criteria in Survey Research,"  hosted by World Association for Public Opinion Research, Lake Como, Italy.

"Use of Surveys in Intellectual Property Disputes," (2005) with Eugene P. Ericksen, in *Economic Approaches to Intellectual Property Policy, Litigation and Management Issues,* Gregory K. Leonard and Lauren J. Stiroh (eds.) National Economic Research Associates, Inc.

Sarah Butler

"Response Rate Standards: Lessons from the 2004 Presidential Polls."  Paper presented at the 2005 Annual Meeting of American Association of Public Opinion Research, Miami Beach, FL.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, March 2004 Charlotte, NC.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, January 2004 San Diego, CA.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, June 2003, McLean, VA.

## Professional Associations

Member, American Association of Public Opinion Research and World Association for Public Opinion Research, Member, American Statistical Association, Member, American Bar Association, Intellectual Property Section, Member, International Trademark Association (INTA), Reviewer for *Trademark Reporter*, Member, American Marketing Association.

# Exhibit B

**Exhibit B**
**Materials Considered**

<u>**Court Documents**</u>

-   Complaint, *Hard Rock Café International (USA), Inc., and Tarsadia Hotels v. RockStar Hotels, Inc.*, In The United States District Court for the Southern District of Florida, Fort Lauderdale Division, Case No. 0:17-cv-62013-BB, dated October 13, 2017.

<u>**Websites**</u>

-   www.rockstar-hotels.com, accessed February 11, 2018.

-   https://criticalmix.com/about/, accessed February 7, 2018.

-   http://www.esomar.org/uploads/public/knowledge-and-standards/documents/ESOMAR-28-Questions-to-Help-Buyers-of-Online-Samples-September-2012.pdf, accessed February 7, 2018.

-   http://www.criticalmix.com/assets/docs/Critical_Mix_ESOMAR28_January_15.pdf, accessed February 7, 2018.

-   https://developers.google.com/recaptcha/, accessed February 7, 2018.

-   https://www.hardrockhotels.com/, accessed February 11, 2018.

<u>**Other Materials**</u>

-   Diamond, Shari, S. (2011) "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council.

# Exhibit C

# *Hotel Survey*

**[DO NOT ALLOW ROUTED SURVEY TRAFFIC]**

**[PROGRAMMER: DISABLE RESUME LATER BUTTON FOR ENTIRE SURVEY]**

**INTRO:** Thank you for your willingness to participate in our study. This is a brief study that should take no more than 10 minutes of your time. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response. Do not guess. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.

S1.   Before continuing with this survey, please carefully read these instructions:
- Please take the survey in one session.
- While taking this survey, please do not at any time open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

1. I have read the above instructions, I understand them, and I will adhere to them.
2. I do not understand the above instructions, or I don't wish to agree to them. **[SCREEN OUT]**

S2.   What are you using to complete this survey?
1. Desktop Computer
2. Laptop Computer
3. Tablet Computer
4. Mobile phone or cell phone
5. Other **[SCREEN OUT]**

S3.   Please verify that you are human.
**[INSERT CAPTCHA]**

S4.   Are you…?
1. Male
2. Female

**[TERMINATE IF GENDER DOES NOT MATCH PANEL DATA]**

S5.   Please select your age.  **[PROVIDE DROP DOWN BOX WITH AGE]**
Prefer not to answer **[SCREEN OUT]**

**[TERMINATE IF RESPONDENT IS UNDER AGE 18]**
**[TERMINATE IF AGE DOES NOT MATCH PANEL DATA]**

S6.   In which state do you currently reside?
**[INSERT DROP DOWN BOX WITH STATE]**

S7.   Please enter your zip code.
**[TERMINATE IF ZIP DOES NOT MATCH STATE]**

S8.   What was your total household income before taxes during the <u>past</u> 12 months?
   1.   Less than $25,000
   2.   $25,000 to $34,999
   3.   $35,000 to $49,999
   4.   $50,000 to $74,999
   5.   $75,000 to $99,999 **[MINIMUM 25% OF SAMPLE EARNING $75k OR MORE]**
   6.   $100,000 to $149,999
   7.   $150,000 or more.
   8.   Don't know / unsure
   9.   Prefer not to answer

S9.   Do you or do any members of your household work for any of the following?
   *(Select all that apply)* **[RANDOMIZE 1-6]**
   1.   A market research or advertising company **[SCREEN OUT]**
   2.   A hotel **[SCREEN OUT]**
   3.   A travel agency or booking company **[SCREEN OUT]**
   4.   A restaurant
   5.   A movie theater
   6.   A venue for live theater or live music acts
   7.   None of these **[ANCHOR; EXCLUSIVE]**
   8.   Don't know / unsure **[ANCHOR; SCREEN OUT]**

S10.  In the <u>past</u> six months, have you taken a survey on any of the following…?
   *(Select all that apply)* **[RANDOMIZE 1-5]**
   1.   Hotels **[SCREEN OUT]**
   2.   Restaurants
   3.   Movies
   4.   Live theater

5.  Live music
6.  None of these **[ANCHOR; EXCLUSIVE]**
7.  Don't know / unsure **[ANCHOR; SCREEN OUT]**

S11.  In the <u>past</u> six months, have you used an online booking site to reserve or purchase any of the following…?
    *(Select all that apply)* **[RANDOMIZE 1-6]**
1.  Hotel rooms
2.  Air travel
3.  Train travel
4.  Car rental
5.  Concert tickets
6.  Tickets to sporting event
7.  None of these **[ANCHOR; EXCLUSIVE]**
8.  Don't know / unsure **[ANCHOR; EXCLUSIVE**]

[ONLY ASK S12 IF S11 =1 "HOTEL ROOMS"]

S12.  In the <u>past</u> six months have you used an online booking site to reserve a hotel room in any of the following areas?
    *(Select all that apply)* **[RANDOMIZE 1-6]**
1.  North America
2.  The United Kingdom / Ireland
3.  Europe
4.  Asia
5.  Australia/ New Zealand
6.  Africa
7.  Other *(Please specify)*
8.  Don't know / unsure

**[MUST SELECT NORTH AMERICA /U.K. OR EUROPE TO GO TO S13 OTHERWISE GO TO S14]**

S13.  In the past six months, in which of the following cities, if any, did you reserve a hotel room using an online booking site?
**[LIMIT LIST – IF ONLY NORTH AMERICA INCLUDE ONLY 1 – 7 ON LIST. IF ONLY U.K. / IRELAND INCLUDE ONLY 8 – 12. IF ONLY EUROPE INCLUDE ONLY 13 – 33 ON LIST. ALL LISTS INCLUDE 34 – 36. IF MULTIPLE AREAS IN S11 ASK COMBINATION.]**
1. Toronto, Canada
2. New York, U.S.
3. Washington D.C., U.S.
4. Los Angeles, U.S.
5. Santa Monica, U.S.
6. San Diego, U.S.
7. Chicago, U.S.
8. London, England
9. Bath, England
10. Manchester, England
11. Liverpool, England
12. Dublin, Ireland
13. Split, Croatia
14. Opatija, Croatia
15. Prague, Czech Republic
16. Paris, France
17. Budapest, Hungary
18. Vienna, Austria
19. Munich, Germany
20. Frankfurt, Germany
21. Mykonos, Greece
22. Athens, Greece
23. Santorini, Greece
24. Milan, Italy
25. Florence, Italy
26. Rome, Italy
27. Florence, Italy
28. Venice, Italy
29. Lisbon, Portugal
30. Madrid, Spain
31. Barcelona, Spain
32. Zurich, Switzerland
33. Stockholm, Sweden
34. Other
35. None of these
36. Don't know / unsure

S14.  In the <u>next</u> six months, are you likely to use an online booking site to reserve or purchase any of the following…?
*(Select all that apply)* **[RANDOMIZE 1-6]**
1.  Hotel rooms
2.  Air travel
3.  Train travel
4.  Car rental
5.  Concert tickets
6.  Tickets to sporting event
7.  None of these **[ANCHOR; EXCLUSIVE]**
8.  Don't know / unsure **[ANCHOR; EXCLUSIVE]**

[ONLY ASK S15 IF S14 =1 "HOTEL ROOMS"]


S15.  In the <u>next</u> six months are you likely to use an online booking site to reserve a hotel room in …?
*(Select all that apply)* **[RANDOMIZE 1-6]**
1.  North America
2.  The United Kingdom / Ireland
3.  Europe
4.  Asia
5.  Australia/ New Zealand
6.  Africa
7.  Other *(Please specify)*
8.  Don't know / unsure

**[MUST SELECT NORTH AMERICA/U.K. OR EUROPE TO GO TO S16 OTHERWISE GO TO SCREENING CRITERIA]**

S16.  In the <u>next</u> six months, in which of the following cities, if any, are you likely to reserve a hotel room using an online booking site?
**[LIMIT LIST – IF ONLY NORTH AMERICA INCLUDE ONLY 1 – 7 ON LIST. IF ONLY U.K. / IRELAND INCLUDE ONLY 8 – 12. IF ONLY EUROPE INCLUDE ONLY 13 – 33 ON LIST. ALL LISTS INCLUDE 34 – 36. IF MULTIPLE AREAS IN S11 ASK COMBINATION.]**
1. Toronto, Canada
2. New York, U.S.
3. Washington D.C., U.S.
4. Los Angeles, U.S.
5. Santa Monica, U.S.
6. San Diego, U.S.
7. Chicago, U.S.
8. London, England
9. Bath, England
10. Manchester, England
11. Liverpool, England
12. Dublin, Ireland
13. Split, Croatia
14. Opatija, Croatia
15. Prague, Czech Republic
16. Paris, France
17. Budapest, Hungary
18. Vienna, Austria
19. Munich, Germany
20. Frankfurt, Germany
21. Mykonos, Greece
22. Athens, Greece
23. Santorini, Greece
24. Milan, Italy
25. Florence, Italy
26. Rome, Italy
27. Florence, Italy
28. Venice, Italy
29. Lisbon, Portugal
30. Madrid, Spain
31. Barcelona, Spain
32. Zurich, Switzerland
33. Stockholm, Sweden
34. Other
35. None of these
36. Don't know / unsure

S17.  Some companies offer memberships or subscriptions to access their services. Which of the following memberships or subscriptions, if any, would you be willing to consider?
*(Select all that apply)* **[RANDOMIZE 1-5]**
1.  A membership to local spas
2.  A membership to movie theaters
3.  A membership to hotel bookings and hotel services
4.  A membership to national art museums
5.  A membership to international sporting events
6.  Other *(Please specify)*
7.  None of these
8.  Don't know / unsure

**[MUST HAVE BOOKED HOTEL ONLINE (S11=1) OR BE WILLING TO (S14=1) AND MUST HAVE BOOKED ROOM IN QUALIFYING CITY OR BE WILLING TO. MUST ALSO BE WILLING TO CONSIDER A MEMBERSHIP TO A HOTEL BOOKING SITE (S17=3)]**

**[NEXT SCREEN]**

**[INTRO FOR MAIN QUESTIONNAIRE]**

Imagine you were looking at hotels online. Please take as much time as you would like to review the following website, and then click the ">" button at the bottom of the screen when you are ready to move on to the survey questions.

**[NEXT SCREEN]**



**[PROGRAMMER: DELAY OF 5 SECONDS SHOULD BE ADDED TO SITE. SITE SHOULD BE SIZED TO FIT BROWSER WINDOW. CLICK TO ZOOM SHOULD BE IMPLEMENTED. FOR ALL SUBSEQUENT QUESTIONS, DISPLAY THUMBNAIL ABOVE THE QUESTION AND ALLOW CLICK TO ZOOM.]**

**[NEXT SCREEN]**

**QV.** Were you able to see the image clearly?
1. Yes
2. No **[SCREEN OUT]**
3. Don't know / unsure **[SCREEN OUT]**

**[NEXT SCREEN]**

**Q1.** Looking at this website, what company or brand do you think is providing the services offered on this site? *(Please type in response) (SHOW THUMBNAILS)*

**Q2.**  Do you think the company that has this website provides any other services or has any other brands? *(SHOW THUMBNAILS)*
1. Yes
2. No **[GO TO Q4]**
3. Don't know / no opinion  **[GO TO Q4]**

**2a.** What other services or brands do you think are offered by the company that has this website? *(Please type in response)*

**Q3.** What makes you say that? *(Please type in response)*

**Q4.** Do you think the company that provides the services offered on this website is affiliated or associated with any other company or brand? *(SHOW THUMBNAILS)*
1. Yes
2. No **[GO TO Q7]**
3. Don't know / no opinion **[GO TO Q7]**

**Q5.** What other company or brand is affiliated or associated with the company offering the services on this website? *(Please type in response)*

**Q6.** What makes you say that? *(Please type in response)*

**Q7.** Do you think the company that provides the services offered on this website received permission or approval from any other company or brand?  *(SHOW THUMBNAILS)*

1. Yes
2. No **[GO TO END]**
3. Don't know / no opinion **[GO TO END]**

**Q8.** What other company or brand provided permission or approval to the company offering the services on this website? *(Please type in response)*

**Q9.** What makes you say that? *(Please type in response)*

*Thank you. Those are all the questions we have for you today.*

# Hotel Survey

Test Group

Thank you for your willingness to participate in our study. This is a brief study that should take no more than 10 minutes of your time. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response. Do not guess. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.

^

Before continuing with this survey, please carefully read these instructions:

- Please take the survey in one session.
- While taking this survey, please do not at any time open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions, I understand them, and I will adhere to them.

○ I do not understand the above instructions, or I don't wish to agree to them.

What are you using to complete this survey?

○ Desktop Computer

○ Laptop Computer

○ Tablet Computer

○ Mobile phone or cell phone

○ Other



Please verify that you are human.

reCAPTCHA
Privacy · Terms

I'm not a robot

Are you...?

○ Male

○ Female

Please select your age.

-- Select --



In which state do you currently reside?

-- Select --

Please enter your zip code.

^

What was your total household income before taxes during the past 12 months?

○ Less than $25,000
○ $25,000 to $34,999
○ $35,000 to $49,999
○ $50,000 to $74,999
○ $75,000 to $99,999
○ $100,000 to $149,999
○ $150,000 or more
○ Don't know / unsure
○ Prefer not to answer

Do you or do any members of your household work for any of the following?

*(Select all that apply)*

☐ A market research or advertising company

☐ A movie theater

☐ A travel agency or booking company

☐ A restaurant

☐ A venue for live theater or live music acts

☐ A hotel

☐ None of these

☐ Don't know / unsure

^

In the past six months, have you taken a survey on any of the following...?

*(Select all that apply)*

- [ ] Restaurants
- [ ] Live music
- [ ] Movies
- [ ] Hotels
- [ ] Live theater
- [ ] None of these
- [ ] Don't know / unsure

In the past six months, have you used an online booking site to reserve or purchase any of the following...?

*(Select all that apply)*

☐ Train travel

☐ Hotel rooms

☐ Concert tickets

☐ Air travel

☐ Car rental

☐ Tickets to sporting event

☐ None of these

☐ Don't know / unsure

In the past six months have you used an online booking site to reserve a hotel room in any of the following areas?

*(Select all that apply)*

- ☐ Australia/New Zealand
- ☐ The United Kingdom / Ireland
- ☐ Europe
- ☐ North America
- ☐ Africa
- ☐ Asia
- ☐ Other *(Please specify)*
- ☐ Don't know / unsure

In the past six months, in which of the following cities, if any, did you reserve a hotel room using an online booking site?

- [ ] Toronto, Canada
- [ ] New York, U.S.
- [ ] Washington D.C., U.S.
- [ ] Los Angeles, U.S.
- [ ] Santa Monica, U.S.
- [ ] San Diego, U.S.
- [ ] Chicago, U.S.
- [ ] London, England
- [ ] Bath, England
- [ ] Manchester, England
- [ ] Liverpool, England
- [ ] Dublin, Ireland
- [ ] Split, Croatia
- [ ] Opatija, Croatia
- [ ] Prague, Czech Republic
- [ ] Paris, France
- [ ] Budapest, Hungary
- [ ] Vienna, Austria

- [ ] Munich, Germany
- [ ] Frankfurt, Germany
- [ ] Mykonos, Greece
- [ ] Athens, Greece
- [ ] Santorini, Greece
- [ ] Milan, Italy
- [ ] Florence, Italy
- [ ] Rome, Italy
- [ ] Florence, Italy
- [ ] Venice, Italy
- [ ] Lisbon, Portugal
- [ ] Madrid, Spain
- [ ] Barcelona, Spain
- [ ] Zurich, Switzerland
- [ ] Stockholm, Sweden
- [ ] Other
- [ ] None of these
- [ ] Don't know / unsure

^

In the next six months, are you likely to use an online booking site to reserve or purchase any of the following...?

*(Select all that apply)*

- [ ] Car rental
- [ ] Train travel
- [ ] Tickets to sporting event
- [ ] Concert tickets
- [ ] Air travel
- [ ] Hotel rooms
- [ ] None of these
- [ ] Don't know / unsure

In the next six months are you likely to use an online booking site to reserve a hotel room in...?

*(Select all that apply)*

- [ ] Australia / New Zealand
- [ ] The United Kingdom / Ireland
- [ ] Europe
- [ ] North America
- [ ] Africa
- [ ] Asia
- [ ] Other *(Please specify)*
- [ ] Don't know / unsure

In the next six months, in which of the following cities, if any, are you likely to reserve a hotel room using an online booking site?

- [ ] Toronto, Canada
- [ ] New York, U.S.
- [ ] Washington D.C., U.S.
- [ ] Los Angeles, U.S.
- [ ] Santa Monica, U.S.
- [ ] San Diego, U.S.
- [ ] Chicago, U.S.
- [ ] London, England
- [ ] Bath, England
- [ ] Manchester, England
- [ ] Liverpool, England
- [ ] Dublin, Ireland
- [ ] Split, Croatia
- [ ] Opatija, Croatia
- [ ] Prague, Czech Republic
- [ ] Paris, France
- [ ] Budapest, Hungary
- [ ] Vienna, Austria

- [ ] Munich, Germany
- [ ] Frankfurt, Germany
- [ ] Mykonos, Greece
- [ ] Athens, Greece
- [ ] Santorini, Greece
- [ ] Milan, Italy
- [ ] Florence, Italy
- [ ] Rome, Italy
- [ ] Florence, Italy
- [ ] Venice, Italy
- [ ] Lisbon, Portugal
- [ ] Madrid, Spain
- [ ] Barcelona, Spain
- [ ] Zurich, Switzerland
- [ ] Stockholm, Sweden
- [ ] Other
- [ ] None of these
- [ ] Don't know / unsure

Some companies offer memberships or subscriptions to access their services. Which of the following memberships or subscriptions, if any, would you be willing to consider?

*(Select all that apply)*

☐ A membership to local spas

☐ A membership to international sporting events

☐ A membership to national art museums

☐ A membership to movie theaters

☐ A membership to hotel bookings and hotel services

☐ Other *(Please specify)*

☐ None of these

☐ Don't know / unsure

^

Imagine you were looking at hotels online. Please take as much time as you would like to review the following website, and then click the ">" button at the bottom of the screen when you are ready to move on to the survey questions.

^







Were you able to see the image clearly?

○ Yes

○ No

○ Don't know/ unsure



Click on image to enlarge

Looking at this website, what company or brand do you think is providing the services offered on this site?

*(Please type in response)*

Do you think the company that has this website provides any other services or has any other brands?



Click on image to enlarge

O Yes

O No

O Don't know / no opinion



*Click on image to enlarge*

What other services or brands do you think are offered by the company that has this website?

*(Please type in response)*



Click on image to enlarge

What makes you say that?

(Please type in response)



Click on image to enlarge

Do you think the company that provides the services offered on this website is affiliated or associated with any other company or brand?

○ Yes

○ No

○ Don't know / no opinion

What other company or brand is affiliated or associated with the company offering the services on this website?

*(Please type in response)*



Click on image to enlarge



Click on image to enlarge

What makes you say that?

*(Please type in response)*

Do you think the company that provides the services offered on this website received permission or approval from any other company or brand?

○ Yes

○ No

○ Don't know / no opinion



Click on image to enlarge



Click on image to enlarge

What other company or brand provided permission or approval to the company offering the services on this website?

*(Please type in response)*



Click on image to enlarge

What makes you say that?

*(Please type in response)*

# Hotel Survey

## Control Group

Thank you for your willingness to participate in our study. This is a brief study that should take no more than 10 minutes of your time. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response. Do not guess. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.

^

Before continuing with this survey, please carefully read these instructions:

- Please take the survey in one session.
- While taking this survey, please do not at any time open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions, I understand them, and I will adhere to them.

○ I do not understand the above instructions, or I don't wish to agree to them.

What are you using to complete this survey?

○ Desktop Computer

○ Laptop Computer

○ Tablet Computer

○ Mobile phone or cell phone

○ Other



Please verify that you are human.

Are you...?

○ Male

○ Female

Please select your age.

-- Select --  ▸

In which state do you currently reside?

-- Select --



Please enter your zip code.

What was your total household income before taxes during the past 12 months?

○ Less than $25,000

○ $25,000 to $34,999

○ $35,000 to $49,999

○ $50,000 to $74,999

○ $75,000 to $99,999

○ $100,000 to $149,999

○ $150,000 or more

○ Don't know / unsure

○ Prefer not to answer

Do you or do any members of your household work for any of the following?

*(Select all that apply)*

☐ A market research or advertising company

☐ A movie theater

☐ A travel agency or booking company

☐ A restaurant

☐ A venue for live theater or live music acts

☐ A hotel

☐ None of these

☐ Don't know / unsure

In the past six months, have you taken a survey on any of the following...?

*(Select all that apply)*

- [ ] Restaurants
- [ ] Live music
- [ ] Movies
- [ ] Hotels
- [ ] Live theater
- [ ] None of these
- [ ] Don't know / unsure

In the past six months, have you used an online booking site to reserve or purchase any of the following...?

*(Select all that apply)*

- [ ] Train travel
- [ ] Hotel rooms
- [ ] Concert tickets
- [ ] Air travel
- [ ] Car rental
- [ ] Tickets to sporting event
- [ ] None of these
- [ ] Don't know / unsure

In the past six months have you used an online booking site to reserve a hotel room in any of the following areas?

*(Select all that apply)*

☐ Australia / New Zealand
☐ The United Kingdom / Ireland
☐ Europe
☐ North America
☐ Africa
☐ Asia
☐ Other *(Please specify)*
☐ Don't know / unsure

In the past six months, in which of the following cities, if any, did you reserve a hotel room using an online booking site?

| | | |
|---|---|---|
| ☐ Toronto, Canada | ☐ Munich, Germany | |
| ☐ New York, U.S. | ☐ Frankfurt, Germany | |
| ☐ Washington D.C., U.S. | ☐ Mykonos, Greece | |
| ☐ Los Angeles, U.S. | ☐ Athens, Greece | |
| ☐ Santa Monica, U.S. | ☐ Santorini, Greece | |
| ☐ San Diego, U.S. | ☐ Milan, Italy | |
| ☐ Chicago, U.S. | ☐ Florence, Italy | |
| ☐ London, England | ☐ Rome, Italy | |
| ☐ Bath, England | ☐ Florence, Italy | |
| ☐ Manchester, England | ☐ Venice, Italy | |
| ☐ Liverpool, England | ☐ Lisbon, Portugal | |
| ☐ Dublin, Ireland | ☐ Madrid, Spain | |
| ☐ Split, Croatia | ☐ Barcelona, Spain | |
| ☐ Opatija, Croatia | ☐ Zurich, Switzerland | |
| ☐ Prague, Czech Republic | ☐ Stockholm, Sweden | |
| ☐ Paris, France | ☐ Other | |
| ☐ Budapest, Hungary | ☐ None of these | |
| ☐ Vienna, Austria | ☐ Don't know / unsure | |

In the next six months, are you likely to use an online booking site to reserve or purchase any of the following...?

*(Select all that apply)*

☐ Car rental

☐ Train travel

☐ Tickets to sporting event

☐ Concert tickets

☐ Air travel

☐ Hotel rooms

☐ None of these

☐ Don't know / unsure

In the next six months are you likely to use an online booking site to reserve a hotel room in...?

*(Select all that apply)*

- [ ] Australia / New Zealand
- [ ] The United Kingdom / Ireland
- [ ] Europe
- [ ] North America
- [ ] Africa
- [ ] Asia
- [ ] Other *(Please specify)*
- [ ] Don't know / unsure

In the next six months, in which of the following cities, if any, are you likely to reserve a hotel room using an online booking site?

- [ ] Toronto, Canada
- [ ] New York, U.S.
- [ ] Washington D.C., U.S.
- [ ] Los Angeles, U.S.
- [ ] Santa Monica, U.S.
- [ ] San Diego, U.S.
- [ ] Chicago, U.S.
- [ ] London, England
- [ ] Bath, England
- [ ] Manchester, England
- [ ] Liverpool, England
- [ ] Dublin, Ireland
- [ ] Split, Croatia
- [ ] Opatija, Croatia
- [ ] Prague, Czech Republic
- [ ] Paris, France
- [ ] Budapest, Hungary
- [ ] Vienna, Austria

- [ ] Munich, Germany
- [ ] Frankfurt, Germany
- [ ] Mykonos, Greece
- [ ] Athens, Greece
- [ ] Santorini, Greece
- [ ] Milan, Italy
- [ ] Florence, Italy
- [ ] Rome, Italy
- [ ] Florence, Italy
- [ ] Venice, Italy
- [ ] Lisbon, Portugal
- [ ] Madrid, Spain
- [ ] Barcelona, Spain
- [ ] Zurich, Switzerland
- [ ] Stockholm, Sweden
- [ ] Other
- [ ] None of these
- [ ] Don't know / unsure

Some companies offer memberships or subscriptions to access their services. Which of the following memberships or subscriptions, if any, would you be willing to consider?

*(Select all that apply)*

- [ ] A membership to local spas
- [ ] A membership to international sporting events
- [ ] A membership to national art museums
- [ ] A membership to movie theaters
- [ ] A membership to hotel bookings and hotel services
- [ ] Other *(Please specify)*
- [ ] None of these
- [ ] Don't know / unsure

^

Imagine you were looking at hotels online. Please take as much time as you would like to review the following website, and then click the ">" button at the bottom of the screen when you are ready to move on to the survey questions.

^







Were you able to see the image clearly?

○ Yes

○ No

○ Don't know / unsure



Click on image to enlarge

Looking at this website, what company or brand do you think is providing the services offered on this site?

*(Please type in response)*



Click on image to enlarge

Do you think the company that has this website provides any other services or has any other brands?

○ Yes

○ No

○ Don't know / no opinion