# EXHIBIT 1

## (PART 2 OF 3)

**TO DEFENDANT'S MOTION FOR LEAVE TO ADMIT
NEW EVIDENCE IN OPPOSITION (DKT. 37) TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DKT. 29)**

**EXPERT REPORT OF SARAH BUTLER**







Click on image to enlarge

Do you think the company that provides the services offered on this website is affiliated or associated with any other company or brand?

○ Yes
○ No
○ Don't know / no opinion







Click on image to enlarge

Do you think the company that provides the services offered on this website received permission or approval from any other company or brand?

O Yes
O No
O Don't know / no opinion





# Exhibit D



Login | Register

WHERE TO? | FEB 13 2018 | FEB 14 2018 | ROOMS

# 8% CASH BACK

Travelers trust us to deliver a level of sophistication and attention to detail that is more than just a hotel stay — it's an experience. Become a member and get 8% CASH BACK on every stay booked through us!

**JOIN NOW**

### ROCKSTAR EXPERIENCES
Travel like a RockStar! Our Members receive exclusive experiences upon arrival to your hotel such as local gifts, Spa Packages, Complimentary food + drinks and much more!

### FREE TRAVEL GUIDE
As an exclusive RockStar Member, each time you book through RockStar Hotels you receive a customized personal travel guide specific to your hotel and the surrounding area.

### 8% ROCKSTAR REBATES
Our RockStar Members receive an 8% cash back on every trip booked through RockStar-Hotels.com. Travel in the highest quality with the greatest return. Join Now!

## Explore Our Destinations

   
AUSTRIA | CANADA | CHINA (COMING SOON!) | CROATIA

   
CZECH REPUBLIC | FRANCE | GERMANY | GREECE

   
HUNGARY | ITALY | PORTUGAL | SPAIN

   
SWEDEN (COMING SOON!) | SWITZERLAND | UNITED KINGDOM | UNITED STATES



**COMPANY INFO**
- About Us
- Press
- Legal Information
- FAQ's
- Cancel Your Booking
- Travel Agents
- Travel Agents - Login

**MEMBERS**
- About Membership
- Terms & Conditions
- Member FAQ's
- Member Login
- Cancel Membership

**GET IN TOUCH**
Address: 1101 43rd Avenue
New York, NY 11101
Telephone: 1.844.577.RSHG(7744)
E-mail: info@rockstar-hotels.com

Copyright 2018, Rockstar Hotels - All Rights Reserved.



# DREAM. IMAGINE. EXPLORE

The possibilities are endless with the personal touch provided by RockStar Hotels. Whenever, wherever, we will provide you with the finest of luxury amenities — Enjoy complementary breakfast, spa credits, upgrades and more!

**BOOK NOW**

### ROCKSTAR EXPERIENCES
Travel like a RockStar! Our Members receive exclusive experiences upon arrival to your hotel such as local gifts, Spa Packages, Complimentary food + drinks and much more!

### FREE TRAVEL GUIDE
As an exclusive RockStar Member, each time you book through RockStar Hotels you receive a customized personal travel guide specific to your hotel and the surrounding area.

### 8% ROCKSTAR REBATES
Our RockStar Members receive an 8% cash back on every trip booked through RockStar-Hotels.com. Travel in the highest quality with the greatest return. Join Now!

## Explore Our Destinations

   
AUSTRIA — CANADA — CHINA (COMING SOON!) — CROATIA

   
CZECH REPUBLIC — FRANCE — GERMANY — GREECE

   
HUNGARY — ITALY — PORTUGAL — SPAIN

   
SWEDEN (COMING SOON!) — SWITZERLAND — UNITED KINGDOM — UNITED STATES



**COMPANY INFO**
- About Us
- Press
- Legal Information
- FAQ's
- Cancel Your Booking
- Travel Agents
- Travel Agents - Login

**MEMBERS**
- About Membership
- Terms & Conditions
- Member FAQ's
- Member Login
- Cancel Membership

**GET IN TOUCH**
Address: 1101 43rd Avenue
New York, NY 11101

Telephone: 1.844.577.RSHG(7744)

E-mail: info@rockstar-hotels.com

Copyright 2018, Rockstar Hotels - All Rights Reserved.



## OUR PROPERTIES

Carefully selected and personally inspected, our properties are nothing short of impressive — From a new level of luxury and design in historically-rich Prague and Rome to finding peace with unsurpassed service on the beaches of Mykonos.

**EXPLORE NOW**

### ROCKSTAR EXPERIENCES
Travel like a RockStar! Our Members receive exclusive experiences upon arrival to your hotel such as local gifts, Spa Packages, Complimentary food + drinks and much more!

### FREE TRAVEL GUIDE
As an exclusive RockStar Member, each time you book through RockStar Hotels you receive a customized personal travel guide specific to your hotel and the surrounding area.

### 8% ROCKSTAR REBATES
Our RockStar Members receive an 8% cash back on every trip booked through RockStar-Hotels.com. Travel in the highest quality with the greatest return. Join Now!

## Explore Our Destinations

   
AUSTRIA — CANADA — CHINA (COMING SOON!) — CROATIA

   
CZECH REPUBLIC — FRANCE — GERMANY — GREECE

   
HUNGARY — ITALY — PORTUGAL — SPAIN

   
SWEDEN (COMING SOON!) — SWITZERLAND — UNITED KINGDOM — UNITED STATES



**COMPANY INFO**
- About Us
- Press
- Legal Information
- FAQ's
- Cancel Your Booking
- Travel Agents
- Travel Agents - Login

**MEMBERS**
- About Membership
- Terms & Conditions
- Member FAQ's
- Member Login
- Cancel Membership

**GET IN TOUCH**
Address: 1101 43rd Avenue
New York, NY 11101

Telephone: 1.844.577.RSHG(7744)

E-mail: info@rockstar-hotels.com

Copyright 2018, Rockstar Hotels - All Rights Reserved.



### TRAVEL LIKE A ROCKSTAR

RockStar Hotels provides a distinguished collection of properties for travelers with an acquired taste. Become a member to enjoy tailored recommendations, exclusive amenities and 8% CASH BACK on all rooms booked through us!

**BECOME A MEMBER**

**ROCKSTAR EXPERIENCES**
Travel like a RockStar! Our Members receive exclusive experiences upon arrival to your hotel such as local gifts, Spa Packages, Complimentary food + drinks and much more!

**FREE TRAVEL GUIDE**
As an exclusive RockStar Member, each time you book through RockStar Hotels you receive a customized personal travel guide specific to your hotel and the surrounding area.

**8% ROCKSTAR REBATES**
Our RockStar Members receive an 8% cash back on every trip booked through RockStar-Hotels.com. Travel in the highest quality with the greatest return. Join Now!

## Explore Our Destinations

   
AUSTRIA — CANADA — CHINA (COMING SOON!) — CROATIA

   
CZECH REPUBLIC — FRANCE — GERMANY — GREECE

   
HUNGARY — ITALY — PORTUGAL — SPAIN

   
SWEDEN (COMING SOON!) — SWITZERLAND — UNITED KINGDOM — UNITED STATES



**COMPANY INFO**
> About Us
> Press
> Legal Information
> FAQ's
> Cancel Your Booking
> Travel Agents
> Travel Agents - Login

**MEMBERS**
> About Membership
> Terms & Conditions
> Member FAQ's
> Member Login
> Cancel Membership

**GET IN TOUCH**
Address: 1101 43rd Avenue
New York, NY 11101

Telephone: 1.844.577.RSHG(7744)

E-mail: info@rockstar-hotels.com

Copyright 2018, Rockstar Hotels - All Rights Reserved.

Case 0:17-cv-62013-BB    Document 60-3    Entered on FLSD Docket 02/16/2018    Page 15 of 17























# Exhibit E

# Exhibit E

























