# EXHIBIT G

to
Declaration of Laura L. Chapman

Description:
Expert Invoices



**NERA**
ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 415-291-1000      Fax: 415-291-1020
www.nera.com

## Invoice

Laura L. Chapman, Esq.
Sheppard Mullin Richter & Hampton LLP
Seventeenth Floor
Four Embarcadero Center
San Francisco, California   94111
USA

Date:          Feb 14, 2018
Invoice No:    US34303
Project No:    111697
Director:      Sarah M. Butler

Reference:   For professional services for the period 01/24/18 - 02/12/18 in connection with Hard Rock Café International (USA), Inc., and Tarsadia Hotels v. RockStar Hotels, Inc.

|                              | Hours | Currency | Amount    |
|------------------------------|-------|----------|-----------|
| OFFICERS                     | 12.00 |          | 7,800.00  |
| SENIOR CONSULTANTS           | 6.00  |          | 2,640.00  |
| ECONOMIC ANALYSTS            | 8.25  |          | 2,763.75  |
| ECONOMIC RESEARCH STAFF      | 23.00 |          | 6,670.00  |
| OTHER PROFESSIONAL SERVICES  | 1.25  |          | 118.75    |
|                              | 50.50 | USD      | 19,992.50 |
| OTHER CHARGES                |       |          |           |
|   Affiliate                  |       |          | 10,285.00 |
|                     Subtotal |       | USD      | 10,285.00 |
|                        Total |       | USD      | 30,277.50 |

---

**Invoice is due upon receipt.**   **Please remit payment to:**

**If by check:**                    **If by electronic means:**

National Economic Research Associates, Inc.    Bank:             Citibank NA, New York, NY
PO Box 7247-6754                               ABA/Routing:      021000089
Philadelphia, Pennsylvania 19170-6754          Account Number:   ████████
USA                                            Account Title:    National Economic Research Associates, Inc.
                                               Swift Code:       CITIUS33-Citibank NA
                                               Chips Code:       0008

**Tax ID: 95-2879539**



**NERA**
ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 415-291-1000    Fax: 415-291-1020
www.nera.com

## Invoice

Laura L. Chapman, Esq.
Sheppard Mullin Richter & Hampton LLP
Seventeenth Floor
Four Embarcadero Center
San Francisco, California  94111
USA

Date:        Mar 13, 2018
Invoice No:  US34631
Project No:  111697
Director:    Sarah M. Butler

Reference:   For professional services for the period ending 02/28/18 in connection with Hard Rock Café International (USA), Inc., and Tarsadia Hotels v. RockStar Hotels, Inc.

|                    | Hours | Currency | Amount   |
|--------------------|-------|----------|----------|
| OFFICERS           | 4.00  |          | 2,600.00 |
| SENIOR CONSULTANTS | 1.00  |          | 440.00   |
|                    | 5.00  | USD      | 3,040.00 |
|              Total |       | USD      | 3,040.00 |

**Invoice is due upon receipt.   Please remit payment to:**

**If by check:**

National Economic Research Associates, Inc
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

**If by electronic means:**

Bank:            Citibank NA, New York, NY
ABA/Routing:     021000089
Account Number:  ■■■■■
Account Title:   National Economic Research Associates, Inc
Swift Code:      CITIUS33-Citibank NA
Chips Code:      0008

# EXHIBIT H

to
Declaration of Laura L. Chapman

Description:
Expert Invoice

<u>**INVOICE SMR-RH-0218**</u>

5-21-18

To:
Laura Chapman
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

Pay to:
Hal Poret LLC
142 Hunter Ave
Sleepy Hollow, NY 10591
Hal.inc42@gmail.com
914-772-5087
TAX ID#: 47-4647886

**CHARGES FOR ONLINE SECONDARY MEANING SURVEY REGARDING TERM "ROCK STAR" FOR HOTEL SUITES**

# TOTAL AMOUNT OF INVOICE: $45,000

PAYABLE BY CHECK TO ABOVE ADDRESS OR BY ELECTRONIC TRANSFER TO:

Account Name: Hal Poret LLC
Bank Name: JP Morgan Chase Bank NA
Swift Code: CHASUS33
Routing Number: 021000021
Account Number: ███████

# EXHIBIT I

to

Declaration of Laura L. Chapman

Description:
Mediation Invoices



### PRE-MEDIATION INVOICE

**CASE INFORMATION:**

Plaintiff: Hard Rock Cafe International USA, Inc et al
Defendant: RockStar Hotels, Inc
Case Number: 17-cv-62013-BLOOM/Valle
District: SOUTHERN DISTRICT
Division:

**MEDIATION INFORMATION:**

Mediator: Carol Cope
Date: May 9, 2018
Time: 9:00AM



**Billing Information:**

Attorney: Laura L. Chapman, Esq.

Your Portion of the Initial Payment for Mediation Services

Amount due seven days in advance of the mediation         $350.00

Please make all checks payable to Salmon & Dulberg Dispute Resolution. Attorneys are requested to make sure that all balances due are paid within 7 days of the mediation. Thank you for selecting Salmon & Dulberg Dispute Resolution..

**PLEASE RETURN A COPY OF THIS STATEMENT ALONG WITH YOUR CHECK**

Federal Tax ID Number is 65-0627649

Patience. Persistence. Professionalism.

Biscayne Building • Suite 620 • 19 West Flagler Street • Miami, FL 33130
Phone: 305.371.5490 • Fax: 305.371.5492 • www.sd-adr.com
Ft. Lauderdale • Boca Raton • West Palm Beach • Jacksonville

CONFIDENTIAL                                                ROCKSTAR0001166



Salmon & Dulberg
DISPUTE RESOLUTION
MEDIATION • ARBITRATION

Biscayne Building,
Suite 620
19 W. Flagler Street
Miami, FL 33130

Phone # 305-371-5490   Fax # 305-371-5492
www.sd-adr.com

# Invoice

| Date | Invoice # |
|---|---|
| 5/15/2018 | 32131 |

**Bill To**

Sheppard, Mullin, Richter & Hampton, LLP
Laura Chapman, Esq.
Four Embarcadero Center, 17th Floor
San Francisco, CA 92111

| Case |
|---|
| Hard Rock Cafe v Rock Star |

| Description | Date | Amount |
|---|---|---|
| Mediation Services<br>9 hrs. @$350/hr split in half | 5/9/2018 | 1,575.00 |

FEDERAL TAX ID NO.: 65-0627649
Please return a copy of this Invoice along with your check.
Thank you!

| | |
|---|---|
| **Total** | $1,575.00 |
| **Payments/Credits** | -$350.00 |
| **Balance Due** | $1,225.00 |

CONFIDENTIAL                                                                                                  ROCKSTAR0001163